Donna Woo (State Bar No. 312876)
dwoo@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
Telephone: +1.949.851.3939
Facsimile: +1.949.553.7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HAROLD HAYNES,<br><br>        Plaintiff,<br><br>    v.<br><br>Experian Information Solutions, Inc.;<br>United Finance Co., and<br>DOES 1 through 100 inclusive,<br><br>        Defendants. | Case No. 2:18-cv-01195-JAM-DB<br><br>Hon. John A. Mendez<br><br>**ORDER OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE**<br><br>Complaint filed: May 11, 2018 |

Having considered Plaintiff Harold Haynes' and Defendant Experian Information Solutions, Inc.'s Stipulation for Dismissal with Prejudice, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED.**

The above-entitled matter is hereby dismissed with prejudice, with the parties to bear his or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: 11/26/2018                    /s/ John A. Mendez
                                     HONORABLE JOHN A. MENDEZ
                                     UNITED STATES DISTRICT COURT